A. B. T. MANUFACTURING CORPORATION, a corporation of Illinois, Appellant, v. NATIONAL REJECTORS, Inc., a corporation of Missouri.

No. 14337.

United States Court of Appeals
Eighth Circuit.

April 26, 1951.

Clarence E. Threedy, Chicago, Ill. and Richard M. Stout, St. Louis, Mo., for appellant.

Walter R. Mayne, St. Louis, Mo. and Loftus, Lucas & Hammond, Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed at the costs of appellant, on motion of appellant and answer of appellee disclosing no opposition, etc.

CERTIFIED PRODUCTS COMPANY, Claimant, Appellant, v. UNITED STATES of America.

No. 14310.

United States Court of Appeals
Eighth Circuit.

April 2, 1951.

Arthur L. Israel, Chicago, Ill. and Don E. Neiman, Des Moines, Iowa, for appellant.

William R. Hart, U. S. Atty. and Cloid I. Level, Asst. U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal filed by counsel for appellant.

Charles Lee McINTOSH, Appellant, v. Dr. I. W. STEELE, Warden, U. S. Medical Center, Springfield, Missouri.

No. 13907.

United States Court of Appeals
Eighth Circuit.

April 24, 1951.

Charles Lee McIntosh, pro se.

Sam M. Wear, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

ESTATE of Sarah L. NARISCHKINE, Deceased, William C. Breed and Central Hanover Bank and Trust Company, Executors, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 194, Docket 21818.

United States Court of Appeals
Second Circuit.

Argued May 9, 1951.

Decided May 28, 1951.

Paul L. Peyton and George V. Mahoney, New York City, for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack and Harry Baum, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion of the Tax Court, 14 T.C. 1128.